UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

In re:

Angie Forgue,                                   Case No.: 26-10977-MAM
      Debtor.                            Chapter 13
_____/

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

**PLEASE TAKE NOTICE**, that the undersigned counsel hereby enters their appearance on behalf of, **LAKEVIEW LOAN SERVICING, LLC**, a secured creditor in connection with property with property located at *7187 Villamar Way, Lake Worth, Florida 33463* with loan number **3162** in the above-captioned proceeding, and requests that all matters which must be noticed to creditors, any creditors' committees, and any other parties-in-interest pursuant to Fed. R. Bankr. P. 2002, whether sent by the Court, the Debtors, or any other party in the case, be sent to the undersigned; and pursuant to Fed. R. Bankr. P. 2002(g), request that the following be added to the Courts master mailing list:

**Justin D. Plean, Esq.**
**Quintairos, Prieto, Wood & Boyer, P.A.**
**2400 E. Commercial Blvd., Suite 520**
**Fort Lauderdale, FL 33308**

Dated: <u>February 2, 2026</u>                      Respectfully submitted,

                                                         */s/Justin D. Plean*
                                                         Justin D. Plean, Esq.
                                                         Florida Bar No. 113887
                                                         Quintairos, Prieto, Wood & Boyer, P.A.
                                                         2400 E. Commercial Blvd., Suite 520
                                                         Fort Lauderdale, FL 33308
                                                         Phone: (954) 523-7008
                                                         Email: justin.plean@qpwblaw.com

QPWB# FL-004961-24-4

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

In re:

Angie Forgue,                                      Case No.: 26-10977-MAM
    Debtor.                                      Chapter 13
_____/

## CERTIFICATE OF SERVICE

I certify that I have caused to be served a copy of the foregoing *Notice of Appearance and Request for Notice* by first class mail, postage prepared or by CM/ECF electronic filing upon the parties listed below on this day.

Dated: February 2, 2026                    */s/Justin D. Plean*
                                                  Justin D. Plean, Esq.
                                                  Florida Bar No. 113887

Copies Furnished To:

Via CM/ECF:

Robin R. Weiner, Chapter 13 Trustee
P.O. Box 559007
Ft. Lauderdale, FL 33355
Email: auto-forward-ecf@ch13weiner.com

Office of the US Trustee
51 S.W. 1st Ave., Suite 1204
Miami, FL 33130
Email: USTPRegion21.MM.ECF@usdoj.gov

Via First Class Mail:

Angie Forgue
7187 Villamar Way
Lake Worth, FL 33463

QPWB# FL-004961-24-4